UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ROBERT GRIZZLE, Institutional ID No. 01998719<br><br>Plaintiff,<br><br>v.<br><br>SMITH UNIT MAILROOM STAFF, *et al.*,<br><br>Defendants. | No. 5:24-CV-00187-H |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the time to do so has passed. The District Court made an independent examination of the record and reviewed the Magistrate Judge's report for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

The Court therefore orders:

(1)  Plaintiff's civil-rights complaint is dismissed with prejudice for failure to state a claim under 28 U.S.C. §§ 1915(e)(2), 1915A.

(2)  The dismissal of Plaintiff's civil-rights case will count as a qualifying dismissal or "strike" under 28 U.S.C. §§ 1915(e)(2), 1915A and *Adepegba v. Hammons*, 103 F.3d 383, 385 (5th Cir. 1996). *See Lomax v. Ortiz-Marquez*, 590 U.S. ___, 140 S. Ct. 1721 (2020). Plaintiff is cautioned that if he accumulates three strikes, he may not proceed *in forma pauperis* in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

(3)   Dismissal of this action does not release Plaintiff from the duty to pay any filing fee previously imposed. *See Williams v. Roberts*, 116 F.3d 1126, 1128 (5th Cir. 1997).

(4)   Any pending motions in this case are denied.

(5)   If Plaintiff appeals this order, he will be required to pay the appeal fee of $605.00 pursuant to the Prison Litigation Reform Act (PLRA), and he must submit an application to proceed *in forma pauperis* and a six-month certificate of his inmate trust account at the same time he files his notice of appeal.

The Court will enter judgment accordingly.

So ordered.

Dated November 24, 2025.

_____
JAMES WESLEY HENDRIX
United States District Judge